CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
E-Mail: contact@christopheroramlaw.com
Attorney for Defendant
FRANCISCO FILHO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>FRANCISCO FILHO<br>        Defendants. | CASE NO. 2:17-cr-00001-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Patrick Burns, Esq., Assistant United States Attorney, and Francisco Filho, by and through his attorney, Christopher R. Oram, that the hearing for Sentencing in the above captioned case set for December 11, 2018, at 10:00am be vacated and continued to a date and time convenient to the Court in late January, 2018. Counsel for Mr. Filho would respectfully request a sentencing date prior to January 28, 2019, to avoid conflict with a trial scheduled to begin at that time (*USA v. Palafox,* 2:16-cr-00265)(Defendant Morales).

This is the first request by counsel for a continuance of the Sentencing hearing in this case.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Filho requires additional time to review the recently disclosed discovery, the Presentence Investigation Report, and to meet with Mr. Fiho.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

1

4. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that "the court may, for good cause, change any limits prescribed in this rule".

5. This is the first stipulation to be filed herein.

| /s/ Patrick Burns   11/15/2018 | /s/ Christopher R. Oram     11/15/2018 |
|---|---|
| PATRICK BURNS  DATE | CHRISTOPHER R. ORAM    DATE |
| Assistant United States Attorney | Counsel for Defendant Filho |

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

Based upon the pending Stipulation and good cause appearing therefore, the Court finds:

1. Counsel for Mr. Filho requires additional time to review the recently disclosed discovery, the Presentence Investigation Report, and to meet with Mr. Fiho.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. The time requested is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states "the court may, for good cause, change any limits prescribed in this rule".

5. This is the first stipulation to be filed herein.

**ORDER**

IT IS THEREFORE ORDERED that Defendant Filho's Sentencing scheduled for December 11, 2018, at 10:00 am be vacated and continued to January 22, 2019, at the hour of 2:30 p.m.

DATED this 16th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE