CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
E-Mail: contact@christoperoramlaw.com
Attorney for Defendant
FRANCISCO FILHO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO FILHO<br>    Defendant. | CASE NO. 2:17-cr-00001-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Patrick Burns, Esq., Assistant United States Attorney, and Francisco Filho, by and through his attorney, Christopher R. Oram, that the hearing for Sentencing in the above captioned case set for January 22, 2019, at 2:30pm be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days..

This is the second request by counsel for a continuance of the Sentencing in this case.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Filho requires additional time to discuss negotiations on a separate matter related to this case and to obtain translation of sentencing documentation (i.e. letters of support) which have been provided to an interpreter.

2. The parties agree to the continuance.

3. The additional time requested is made in good faith and not for purposes of delay.

4. The additional time requested is reasonable pursuant to FRCP 32(b)(2), which states "the court may, for good cause, change any limits prescribed in this rule".

5. This is the first stipulation to be filed herein.

/s/ Patrick Burns   01/16/2019                    /s/ Christopher R. Oram      01/16/2019
PATRICK BURNS  DATE                               CHRISTOPHER R. ORAM    DATE
Assistant United States Attorney                  Counsel for Defendant Filho

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

Based upon the pending Stipulation and good cause appearing therefore, the Court finds:

1. Counsel for Mr. Filho requires additional time to discuss negotiations on a separate matter related to this case and to meet with Mr. Fiho. Additionally, counsel for Mr. Filho requires additional time to obtain translation of sentencing documentation (i.e. letters of support) which have been provided to an interpreter.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. The time requested is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states "the court may, for good cause, change any limits prescribed in this rule".

5. This is the first stipulation to be filed herein.

**ORDER**

IT IS THEREFORE ORDERED that Defendant Filho's Sentencing scheduled for January 22, 2019, at 2:30 pm be vacated and continued to April 2, 2019, at 10:30 a.m.

DATED this 17th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

2